[No. 13946-8-III.   Division Three.   April 16, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LUKE
McDONALD HUNTON, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 93-1-01897-6, Marcus M. Kelly, J.,
entered March 4, 1994. *Affirmed* by unpublished opinion
per Sweeney, C.J., concurred in by Schultheis and Thompson, JJ.

[No. 13957-3-III.   Division Three.   April 16, 1996.]

ROLAND L. SKALA, *Appellant*, v. THE CITY OF SELAH,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 93-2-00593-7, Robert N. Hackett, Jr.,
J., entered March 25, 1994. *Affirmed* by unpublished
opinion per Schultheis, J., concurred in by Sweeney, C.J.,
and Thompson, J.

[No. 15162-0-III.   Division Three.   April 16, 1996.]

*In the Matter of the Application for Relief from
Personal Restraint of* JESUS TAPIA WHITE, *Petitioner*.

Appeal from a judgment of the Superior Court for
Yakima County, No. 95-1-00692-8, F. James Gavin, J.,
entered September 14, 1995. *Granted* by unpublished per
curiam opinion.

[No. 14050-4-III.   Division Three.   April 18, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY
DEE LANE, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 93-1-00453-5, Evan E. Sperline, J., entered
April 18, 1994. *Affirmed* by unpublished opinion per
Sweeney, C.J., concurred in by Schultheis and Munson,
JJ.